Daniel Grantham and Susan Grantham, his wife, Appellants, vs. James Chambers Stuart and Richard Heaton Smith, doing business under the firm name of John Stuart & Co., of England, Appellees.

Appeal from Circuit Court, Lake county.

*Hugh E. Miller*, for Appellants.

No appearance for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.

---

Otto Grothe, Plaintiff in Error, vs. J. E. Bargainer, as Marshal of the City of Ocala, Defendant in Error.

Writ of Error to Circuit Court, Marion county.

*Hugh E. Miller*, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed because no properly certified transcript of record has been filed.